UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61635-CIV-MIDDLEBROOKS/WHITE
(07-60219-CR-MIDDLEBROOKS)

YASMANI LAZO,
    Movant,

v.

UNITED STATES OF AMERICA
    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Report and Recommendation ("R&R") of the Honorable Magistrate Judge Patrick A. White in the above-styled case.

On November 28, 2007, pursuant to a written plea agreement, Yasmani Lazo ("Lazo" or "Movant") pled guilty to one count of Hobbs Act conspiracy in connection with the armed robbery of a perfume truck. (DE 1 at 1). Following the receipt of a Presentence Investigation ("PSI") Report and Objections, and a change-of-plea hearing, on February 6, 2008, this Court sentenced Movant to 121 months imprisonment and three years of supervised release. *Id.*

Mr. Lazo directly appealed his sentence on the theory that the Government breached its plea agreement with Lazo by failing to argue for a sentence reduction for acceptance of responsibility, and by failing to recommend a sentence at the low end of the Guidelines range. (Cr-DE 129). The Eleventh Circuit affirmed. *Id.*

Mr. Lazo now collaterally attacks his sentence through a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence ("Motion") (DE 1), timely filed on October 14, 2009.

1

In the Motion, Lazo alleges four separate grounds for relief. *First*, he argues that his counsel was ineffective for failing to challenge a six-level firearm enhancement as contrary to his plea agreement. (DE 1 at 4). *Second*, he argues that he received ineffective assistance insofar as his attorney failed to challenge the firearm enhancement for lack of sufficient evidence. (DE 1 at 5). *Third*, he maintains that his counsel was ineffective for failing to adequately challenge this Court's decision to impose a sentence near the top end of the Guidelines range. (DE 1 at 6-7). And *fourth*, Lazo alleges that the Court erred by failing to sentence him toward the bottom of the Guidelines range per his plea agreement. (DE 1 at 8).

Judge White has reviewed Mr. Lazo's Motion, responses and replies thereto, the PSI, and relevant portions of Mr. Lazo's criminal file, and advises denial. (DE 10 at 23). Mr. Lazo has had more than a fair opportunity to object to Judge White's R&R, but no objections have been forthcoming.

Having reviewed Judge White's R&R, and after a thorough, *de novo* review of Mr. Lazo's file, the Court agrees that Mr. Lazo is not entitled to any of the relief he seeks. As set forth in fuller detail in Judge White's R&R, Mr. Lazo's assertion of trial court error in sentencing is subject to the procedural default rule, (DE 10 at 12-14), and his ineffective assistance of counsel claims are refuted by the record and, therefore, meritless. (DE 10 at 15-22). Furthermore, even if this Court were to reach the merits of Mr. Lazo's claim that the trial court erred by imposing a sentence at the top of the Guidelines range, contrary to the parties' plea agreement, the Court would rule against Mr. Lazo. The Court was not bound by the plea agreement's recommendation of a sentence toward the bottom of the Guidelines range, (Cr-DE 65 at ¶¶ 13-14), and the sentence ultimately rendered was reasonable in light of the considerable evidence

that Mr. Lazo played a substantial role in the armed robbery.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's R&R (DE 10) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Mr. Lazo's Motion to Vacate pursuant to 28 U.S.C. § 2255 is **DENIED**.  The Clerk of Court is instructed to **CLOSE** this case.  All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 24 day of September, 2010.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White;
Counsel of Record;
Yasmani Lazo, *pro se*
Prisoner No. 72883-004
FCI - Coleman
Inmate Mail/Parcels
P.O. Box 1032
Coleman, Florida 33521-1032

3